

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00068-CR
No. 04-16-00069-CR

Delmis Edmond **SHIELDS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5474
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 22, 2017.

_____
Irene Rios, Justice